DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York  10580
(914) 921-1200
*Attorneys for Plaintiff Nipponkoa
Company Ltd.*



FILED
JUN 13 2007
USDC WP SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

NIPPONKOA INSURANCE COMPANY
LIMITED,

               *Plaintiff,*

- against -

TOTAL TERMINALS INTERNATIONAL LLC,
and TRANSBAY CONTAINER TERMINAL,
INC.,

               *Defendants.*
------------------------------------------------x

07 CIV. 5637

07 Civ.

**STATEMENT UNDER F.R.C.P. 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party, Plaintiff NipponKoa Insurance Company Ltd., certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- NIPPONKOA LIFE INSURANCE COMPANY, LTD.
- NIPPONKOA INSURANCE COMPANY, LTD.

Dated: Rye, New York
      June 12, 2007

MALOOF BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff Union Insurance Co., Ltd.*

\\SERVER1\Company\WP-DOCS\1412.37\061207 Rule 7.1 Statement.doc