**MALOOF BROWNE & EAGAN LLC**   THOMAS M. EAGAN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/07

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

# MEMO ENDORSED

<u>Via Federal Express</u>

July 26, 2007

Honorable P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
Tel: (212) 805-0262



RECEIVED
JUL 27 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Re:  *Nipponkoa Insurance Company Ltd. v. Total Terminals International LLC and Transbay Container Terminal, Inc.*
Case No.:   07-Civ-5637 (PKC)
*Our File:*   1412.37

Dear Judge Castel:

We are attorneys for plaintiffs NipponKoa Insurance Company, Ltd.

We respectfully request, **on consent** of the answering defendant Transbay Container Terminal, a 30 day adjournment of the initial conference scheduled for August 3, 2007.

The adjournment is requested because respective counsel for plaintiff and Transbay are seeking authority from their clients to consent to have the matter heard in the U.S. District Court for the Northern District of California (Oakland Division). The adjournment will give the parties the opportunity to conclude such agreement. Once such agreement is concluded (as is expected), a Stipulation will be submitted to the Court.

There have been no prior requests for adjournment. Defendant Total Terminals International has been served, but has not filed an answer (which was due July 9).

We thank the Court for its kind consideration.

Respectfully submitted,

Thomas M. Eagan

*Conference adjourned from August 3, 2007 to September [?], 2007 at 9:00 am.*
*SO ORDERED.*
*7-27-07*

cc: **Via Facsimile- 212-385-1605**
Cornelius A. Mahoney, Esq.
Mahoney & Keane, LLP

F://WP-Docs/1412 37/072607 Ltr to Castel.doc